

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00440-CV

| | | |
|---|---|---|
| Aundra Conyer | § | From County Court at Law No. 3 |
| | § | of Tarrant County (2011-004066-3) |
| v. | § | April 30, 2014 |
| Josue Reyes | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Aundra Conyer shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Anne Gardner_____
Justice Anne Gardner